UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
APR 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS E. NAGLE
Plaintiff,

V. CA NO. 05-029ML

SUMMIT SALES ASSOCIATES, INC.
Defendant.

**STIPULATION**

Now come the parties in the above-captioned matter and hereby stipulate that the Plaintiff, Thomas E. Nangle, shall have up to and including April 15, 2005 in which to file an objection and memorandum in support of his objection to the Defendant's, Summit Sales Associates, Inc., motion to dismiss the complaint.

Timothy J. Robenhymer, #4419
376 Broadway
Providence, RI 02909
(401) 521-8400
(401) 521-8405 - facsimile

George E. Lieberman, #3860 (TJR)
Tillinghast Licht LLP
Ten Weybosset Street
Providence, RI 02903
(401) 456-1327
(401) 456-1210 - fax

Enter:
Mary M. Lisi
USDJ 4/4/05

4