**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS E. NAGLE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| | : | |
| **SUMMIT SALES ASSOCIATES, INC.,** | : | |
| **Defendant.** | : | |

**UNCONTESTED MOTION OF DEFENDANT**
**FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Plaintiff's papers opposing defendant's dismissal motion were to be filed and served April 15, 2005. The papers were filed April 25, 2005, but not served. On April 20, 2005, when the undersigned learned of the filing, he requested plaintiff's counsel to telecopy plaintiff's papers to him. On April 21, 2005, the papers were telecopied.

Defendant respectfully asks that it be permitted to file a Reply Memorandum on or before April 29, 2005. (A hearing is scheduled for May 5, 2005).

Defendant,
Summit Sales Associates, Inc.
By its attorney,

George E. Lieberman (3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

6

**CERTIFICATION**

I hereby certify that on the 21st day of April 2005, I mailed a true copy of the within Memorandum to Timothy J. Robenhymer, Esq., 376 Broadway, Providence, Rhode Island 02909.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;411047;1

FILED