UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 05-029ML** **DATE: May 5, 2005**

**TITLE: Nangle v. Summit Sales**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

**IN COURT**

---

**COUNSEL PRESENT: for pltf: Timothy Robenhymer**
**for defts: Charles Lieberman**

**Proceedings: Defts' M/Dismiss Complaint**

**Counsel rest on their papers. Deft's M/Dismiss Complaint is DENIED.**
**Rule 16 conference held immediately after this hearing.**

--------------------------------------------------------------

**Rule 16 conference:**
**Discovery closure: 11/18/05**
**Dispositive motions t/b filed by: 12/2/05**
**Pretrial memos t/b filed by: 12/16/05 (or 30 days after decision on dispositive motion)**

**Settlement conference with Magistrate Judge Lovegreen in 60 days.**

9