**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **THOMAS E. NAGLE,** **Plaintiff,** | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| **SUMMIT SALES ASSOCIATES, INC.,** **Defendant.** | : | |

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiff Thomas E. Nagle and defendant Summit Sales Associates, Inc., by and through their attorneys, hereby stipulate and agree that defendant Summit Sales Associates, Inc., may have until July 2, 2005, within which to serve an answer to the complaint and also may file an amended answer with a counterclaim within ten (10) days of the conclusion of the mediation session to be conducted by Magistrate Judge Lovegreen in this case.

Thomas E. Nangle,
by his attorney,

Timothy J. Robenhymer
Timothy J. Robenhymer, #4419 (by GEL)
376 Broadway
Providence, RI 02909
Tel: (401) 521-8400
Fax: (401) 521-8405

Summit Sales Associates, Inc.,
by its attorney,

George E. Lieberman, #3860
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;413438;1

Enter: Mary M. Lisi
USDJ 6/2/05