RECEIVED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thomas E. Nangle )
Plaintiff )
)
vs. ) Case No. 05-029ML
)
Summit Sales Associates, Inc. )
Defendant )
)

## ORDER

This matter came on for hearing on May 5, 2005, the Honorable Justice Lisi presiding, upon the Defendant's Motion to Dismiss. After hearing held thereon, it is hereby

ORDERED ADJUDGED AND DECREED:

1. That the Defendant's motion is denied.

Enter: Per Order:

Mary M. Lisi USDJ 6/13/05 Barbara Barletta

Presented By:

Timothy J. Robenhymer, # 4419
376 Broadway
Providence, RI 02909
(401) 521-8400
(401) 521-8405 - facsimile

## Certification

I hereby certify that on the 13th day of June, 2005, a true copy of the within document was mailed, postage prepaid, to: George Lieberman, Esq., Tillinghast Licht LLP, Ten Weybosset Street, Providence, RI 02903.