**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THOMAS E. NAGLE,**
**Plaintiff,**

**vs.** **C.A. No: 05-029ML**

**SUMMIT SALES ASSOCIATES, INC.,**
**Defendant.**

**STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A COUNTERCLAIM**

Plaintiff Thomas E. Nagle and defendant Summit Sales Associates, Inc., by and through their attorneys, hereby stipulate and agree that defendant Summit Sales Associates, Inc., may have until August 8, 2005, within which to file a Counterclaim.

Thomas E. Nangle,
by his attorney,

Timothy J. Robenhymer (GEL)

Timothy J. Robenhymer, #4419
376 Broadway
Providence, RI 02909
Tel: (401) 521-8400
Fax: (401) 521-8405

Summit Sales Associates, Inc.,
by its attorney,

George E. Lieberman, #3860
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;416117;1

Enter:
Mary M. Lisi
US DJ 8/1/05