UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **THOMAS E. NANGLE,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**SUMMIT SALES ASSOCIATES, INC.,**<br>**Defendant.**<br><br>************************************<br>**SUMMIT SALES ASSOCIATES, INC.,**<br>**Counterclaim Plaintiff,**<br><br>**vs.**<br><br>**THOMAS E. NANGLE,**<br>**Counterclaim Defendant.** | : | **C.A. No: 05-029ML** |

Enter: Mary M. Lisi 8/18/05

**STIPULATION EXTENDING TIME FOR PARTIES**
**TO RESPOND TO DISCOVERY**

Plaintiff Thomas E. Nagle and defendant Summit Sales Associates, Inc., by and through their attorneys, agree and stipulate that they each shall have an extension of time until August 31, 2005, to respond to discovery served upon them.

Plaintiff,
Thomas E. Nangle,
by his attorney,

Timothy J. Robenhymer (by GEL)

Timothy J. Robenhymer, #4419
376 Broadway
Providence, RI 02909
Tel: (401) 521-8400
Fax: (401) 521-8405

Defendant,
Summit Sales Associates, Inc.,
by its attorney,

George E. Lieberman, #3860
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;417016;1