**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thomas E. Nangle**<br>**Plaintiff** | ) | |
| **vs.** | ) | **Case No. 05-029ML** |
| **Summit Sales Associates, Inc.**<br>**Defendant** | ) | |

**PLAINTIFF'S, THOMAS NANGLE, ANSWERS TO COUNTERCLAIM OF THE DEFENDANT, SUMMIT SALES ASSOCIATES, INC.**

Now comes the Plaintiff/Counterclaim Defendant, Thomas E. Nangle, and responds to the allegations contained in the Counterclaim paragraph by paragraph as follows:

## I. THE PARTIES

1. Admitted.
2. Admitted.

## II. BACKGROUND FACTS

3. Admitted.
4. The Plaintiff/Counterclaim Defendant is without sufficient information to either admit or deny the allegations contained in this paragraph of the Counterclaim and, therefore, leaves the Defendant/Counterclaim Plaintiff to its burden of proof regarding same.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied.
9. Denied.
10. Denied.
11. The Plaintiff/Counterclaim Defendant is without sufficient information to either admit or deny the allegations contained in this paragraph of the Counterclaim and, therefore, leaves the Defendant/Counterclaim Plaintiff to its burden of proof regarding same.
12. Denied.
13. The Plaintiff/Counterclaim Defendant is without sufficient information to either admit or deny the allegations contained in this paragraph of the Counterclaim and, therefore, leaves the Defendant/Counterclaim Plaintiff to its burden of proof regarding same.
14. Admitted.
15. Denied.

## III. OPERATIVE FACTS

16. Denied.
17. Denied.
18. Denied.
19. Denied.

## IV. COUNT I
## (BREACH OF CONTRACT)

20. The Plaintiff/Counterclaim Defendant reallages and incorporates herein his answers to Paragraphs 1 through 19 of this Counterclaim.
21. Admitted.
22. Denied.

WHEREFORE, the Plaintiff/Counterclaim Defendant, Thomas E. Nangle, hereby requests that the counterclaim be dismissed, and that he be awarded costs and reasonable attorney's fees.

## COUNT II
## (BREACH OF COVENANT OF GOOD FAITH AND DEALING)

23. The Plaintiff/Counterclaim Defendant reallages and incorporates herein his answers to Paragraphs 1 through 22 of this Counterclaim.
24. Denied.

WHEREFORE, the Plaintiff/Counterclaim Defendant, Thomas E. Nangle, hereby requests that the counterclaim be dismissed, and that he be awarded costs and reasonable attorney's fees.

## COUNT III
## (BREACH OF AGENCY RELATIONSHIP)

25. The Plaintiff/Counterclaim Defendant reallages and incorporates herein his answers to Paragraphs 1 through 24 of this Counterclaim.
26. Denied.
27. Denied.
28. Denied.

WHEREFORE, the Plaintiff/Counterclaim Defendant, Thomas E. Nangle, hereby requests that the counterclaim be dismissed, and that he be awarded costs and reasonable attorney's fees.

## COUNT IV
## (UNJUST ENRICHMENT)

29. The Plaintiff/Counterclaim Defendant reallages and incorporates herein his answers to Paragraphs 1 through 28 of this Counterclaim.
30. Denied

31. Denied.
32. Denied.

WHEREFORE, the Plaintiff/Counterclaim Defendant, Thomas E. Nangle, hereby requests that the counterclaim be dismissed, and that he be awarded costs and reasonable attorney's fees.

## AFFIRMATIVE DEFENSES

1. The complaint may fail to state a claim upon which relief may be granted.
2. Defendant Counterclaim Plaintiff's counterclaim may be barred by the doctrine of waiver.
3. Defendant Counterclaim Plaintiff's counterclaim may be barred by the doctrine of estoppel.
4. Defendant Counterclaim Plaintiff may have breached his agreement with Thomas E. Nangle, and perhaps materially so, and such breach may bar any claim he may have against Thomas E. Nangle or cause any recovery to which he may be entitled, which Thomas E. Nangle denies, to be reduced.

Timothy J. Robenhymer, Esq., #4419
376 Broadway
Providence, RI 02909
Ph: 401-521-8400
Fx: 401-521-8405

## Certification

I hereby certify that on the 24th day of August, 2005, a true copy of the within document was mailed, postage prepaid, to: George Lieberman, Esq., Tillinghast Licht LLP, Ten Weybosset Street, Providence, RI 02903.