UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS E. NANGLE
Plaintiff,

V. CA NO. 05-029ML

SUMMIT SALES ASSOCIATES, INC.
Defendant.

## STIPULATION

Now come the parties in the above-captioned matter and hereby stipulate that the Plaintiff, Thomas E. Nangle, shall have up to and including August 27, 2005 in which to file an answer the Defendant's, Summit Sales Associates, Inc., Counterclaim.

Timothy J. Robenhymer, #4419
376 Broadway
Providence, RI 02909
(401) 521-8400
(401) 521-8405 - facsimile

George E. Lieberman, #3860
Tillinghast Licht LLP
Ten Weybosset Street
Providence, RI 02903
(401) 456-1327
(401) 456-1210 - fax

Enter: Mary M. Lisi
USDJ 9/6/05