**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS E. NANGLE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| | : | |
| **SUMMIT SALES ASSOCIATES, INC.,** | : | |
| **Defendant.** | : | |
| | : | |
| ************************************* | : | |
| **SUMMIT SALES ASSOCIATES, INC.,** | : | |
| **Counterclaim Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **THOMAS E. NANGLE,** | : | |
| **Counterclaim Defendant.** | : | |

**STIPULATION EXTENDING TIME FOR DEFENDANT SUMMIT SALES ASSOCIATES, INC. TO RESPOND TO INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS OF PLAINTIFF**

Enter: Mary M. Lisi USDJ 10/12/05

Plaintiff Thomas E. Nagle and defendant Summit Sales Associates, Inc., by and through their attorneys, agree and stipulate that defendant shall have an extension of time until October 31, 2005, to respond to plaintiff's Interrogatories and Second Request for Production of Documents.

Plaintiff,
Thomas E. Nangle,
by his attorney,

Timothy J. Robenhymer (by GEL)

Timothy J. Robenhymer, #4419
376 Broadway
Providence, RI 02909
Tel: (401) 521-8400
Fax: (401) 521-8405

Defendant,
Summit Sales Associates, Inc.,
by its attorney,

George E. Lieberman, #3860
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210