**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS E. NANGLE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| | : | |
| **SUMMIT SALES ASSOCIATES, INC.,** | : | |
| **Defendant.** | : | |
| | : | |
| ************************************** | : | |
| **SUMMIT SALES ASSOCIATES, INC.,** | : | |
| **Counterclaim Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **THOMAS E. NANGLE,** | : | |
| **Counterclaim Defendant.** | : | |

**AMENDED NOTICE OF DEFENDANT/COUNTERCLAIMANT OF**
**DEPOSITION OF THOMAS E. NANGLE**

**TO: Timothy J. Robenhymer, Esq.**
**376 Broadway**
**Providence, RI 02909**

Please take notice that on the 9TH day of November 2005, commencing at 10:00 a.m., at the offices of Tillinghast Licht LLP, 10 Weybosset Street, Providence, RI 02903, and continuing thereafter from day to day until concluded, defendant/counterclaimant shall take the deposition, upon oral examination, of plaintiff/counterclaim defendant Thomas E. Nangle.

You are invited to attend and participate in accordance with the Federal Rules of Civil Procedure.

Defendant/Counterclaimant,
Summit Sales Associates, Inc,
by its attorney,

George E. Lieberman (#3860)
TILLINGHAST LICHT LLP
10 Weybosset Street
Providence, Rhode Island 02903
(401) 456-1327
(401) 456-1210 (FAX)

**CERTIFICATION**

I, the undersigned, hereby certify that on the 25 day of October 2005, I mailed via US Mail, First Class, postage prepaid, a copy of the within Notice of Deposition to:

Timothy J. Robenhymer, Esq.
376 Broadway
Providence, RI 02909

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;420752;1