**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS E. NAGLE,** **Plaintiff,** | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| **SUMMIT SALES ASSOCIATES, INC.,** **Defendant.** | : | |

**JOINT MOTION OF PLAINTIFF AND DEFENDANT TO AMEND PRETRIAL ORDER**

Plaintiff and defendant jointly respectfully request that the Honorable Court amend its Pretrial Order entered May 5, 2005, to extend for sixty (60) days the deadlines set forth therein. Such extension would provide that discovery would be completed by January 17, 2006, dispositive motions be filed by January 31, 2006, and the filing of the type written memoranda within thirty (30) days after a decision on any dispositive motion and, if no dispositive motions are filed, by February 14, 2006.

The reason for such extension is that the parties delayed certain discovery (depositions in particular) while they pursued efforts to attempt to resolve this matter. Those efforts have not proved successful and the parties need to complete discovery in order to be in a position to present properly their cases at trial.

Thomas E. Nangle,
by his attorney,

Timothy J. Robenhymer (by GEL)

Timothy J. Robenhymer, #4419
376 Broadway
Providence, RI 02909
Tel: (401) 521-8400
Fax: (401) 521-8405

Summit Sales Associates, Inc.,
by its attorney,

George E. Lieberman, #3860
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

**CERTIFICATION**

I hereby certify that on the 17th day of November 2005, I mailed a true copy of the within Joint Motion to Extend to Timothy J. Robenhymer, Esq., 376 Broadway, Providence, Rhode Island 02909.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;421929;1