# EXHIBIT

# A

SUMMIT SALES ASSOCIATES INC.

To: Tom Naugle
From: Greg Martin
Subject: Position At Summit Sales

Tom:

Thanks for understanding the benefits if working for Summit.

#1 All commissions will be split 70% to you, 30% to Summit Sales
#2 You will receive a check2 times per month.
#3 Summit will pay you $600.00 for approximately 12 months for your car payment. #625 km
#4 Your territory will be Connecticut, Rhode Island and lower New York. (Including Queens, Yonkers and the Bronx) a territory with $125,000.00 built in.
#5 You will be supplied with catalogs, stationary, 800 telephone number, calendars, business cards, etc.
#6 The only line not in Connecticut and Rhode Island is Toro. I'm sure it will be in the future.
#7 No house accounts. All are yours.
#8 Summit will pay flights and hotels for 2 major shows, many dinners and most golf.
#9 Summit will pay for disability insurance.
#10 Summit will provide print outs of all commissions monthly. We will also provide customer lists and the products they buy-sorted by manufacturer.
#11 Summit will support you by riding with youand giving you all the tools to be successful.

Sincerely,

Greg Martin, President Summit Sales Associates, Inc. — Date: 5/15/02

Tom Nangle — Date: 5/15/02

SUMMIT SALES ASSOCIATES INC. • 4654 Clover Street • Honeoye Falls, N.Y. 14472 • (716) 258-1933 • 1-800-872-4479 • FAX (716) 624-1850