UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS E. NANGLE :
:
v. : C.A. No. 05-029ML
:
SUMMIT SALES ASSOCIATES, INC. :

**MEMORANDUM AND ORDER**

Before the Court for determination is Defendant/Counterclaimant's Motion to Compel Answers to Interrogatories. (Document No. 24). 28 U.S.C. § 636(b)(1)(A); Local R. 32(b). A hearing was held on December 21, 2005. As detailed below, Defendant's Motion is GRANTED in part and DENIED in part.

**A. Interrogatories Nos. 10 and 16**

Defendant's Motion is GRANTED as to Interrogatory No. 10. As to Interrogatory No. 16, Plaintiff responded, in part, by indicating that he had already produced responsive documents to Defendant. Thus, it appears that Plaintiff is attempting to utilize Fed. R. Civ. P. 33(d) (option to produce business records) but he has not identified the documents with sufficient specificity. Thus, as to Interrogatory No. 16, Defendant's Motion to Compel is DENIED subject to Plaintiff supplementing his response with more detail regarding the claimed responsive documents as required by Fed. R. Civ. P. 33(d).

**B. Interrogatory Nos. 13, 14 and 15**

Defendant's Motion is GRANTED as to 2004 and DENIED as to 2005. Plaintiff shall supplement his responses by providing the requested information for the period July 2004 through December 2004.

**C. Interrogatory No. 17**

Defendant's Motion is GRANTED but only as to customers of Defendant serviced by Plaintiff during the term of his engagement (May 2002 through June 2004) who did any business with Sales 2 Rental, LLC at any time during the period June 10, 2004 through December 31, 2004. Defendant's Motion is otherwise DENIED.

**Summary**

As discussed above, Defendant's Motion to Compel Answers to Interrogatories (Document No. 24) is GRANTED in part and DENIED in part. Plaintiff shall respond as ordered herein on or before January 10, 2006.

LINCOLN D. ALMOND
United States Magistrate Judge
December 21, 2005