**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS E. NANGLE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| | : | |
| **SUMMIT SALES ASSOCIATES, INC.,** | : | |
| **Defendant.** | : | |
| | : | |
| ************************************** | : | |
| **SUMMIT SALES ASSOCIATES, INC.,** | : | |
| **Counterclaim Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **THOMAS E. NANGLE,** | : | |
| **Counterclaim Defendant.** | : | |

**AMENDED NOTICE OF PLAINTIFF OF**
**DEPOSITION OF THOMAS E. NANGLE**

**TO:** Timothy J. Robenhymer, Esq.
303 Jefferson Blvd.
Warwick, RI 02888

Please take notice that on **Thursday, January 12, 2006,** at 10:00 a.m., at Tillinghast Licht LLP, Ten Weybosset Street, 10th Floor, Providence, RI 02903, and continuing thereafter from day to day until concluded, defendant/counterclaim plaintiff, pursuant to the Fed. Rs. Civ. P., shall take the deposition, upon oral examination, of Thomas E. Nangle.

Plaintiff is requested to bring to his deposition or provide before his deposition the documents listed on Exhibit A hereto.[1]

You are invited to attend and participate in accordance with the Federal Rules of Civil Procedure.

---

[1] If the documents are not provided, the deposition of plaintiff may need be adjourned and resumed after they are provided.

Defendant/Counterclaimant,
Summit Sales Associates, Inc.
By its attorney,

George E. Lieberman (3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

**CERTIFICATION**

I hereby certify that on the 4th day of January 2006, I emailed and mailed, via U.S. Mail, a true copy of the within Notice ov Deposition to Timothy J. Robenhymer, Esq., 376 Broadway, Providence, Rhode Island 02909.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;424426;1