**EXHIBIT A**

**(DOCUMENTS TO BE PRODUCED)**

1. Documents supporting that Summit Sales was obligated to pay you commissions on sales in the geographical area assigned to you while you served as an the agent of Summit Sales even if you did not properly perform your duties as an agent of Summit Sales.

2. Documents supporting that you, while serving as an agent for Summit Sales, did not have to work to promote its interests.

3. Documents supporting that you, while serving as an agent for Summit Sales, could compete with Summit Sales.

4. Documents supporting that you, while serving as agent for Summit Sales, could solicit customers for your own existing or to be formed business.

5. Documents supporting that you, while serving as an agent for Summit Sales, did not have to visit regularly with clients and potential clients (i.e., purchasers of manufacturing equipment) of Summit Sales in the geographical area to which you were assigned.

6. Documents supporting that you, while serving as an agent for Summit Sales, did not have to use and update the Customer Cards provided to you by Summit Sales.

7. Documents supporting that you objected to Summit Sales advising you in its letter of June 15, 2004 (Exhibit C to your Complaint), that your resignation would be considered effective June 15, 2004.

8. Documents supporting that before you gave notice of your resignation to Summit Sales, Summit Sales intended not to pay you commissions you claim you earned.

9. Documents identifying the attorney(s) whom you employed to form Sales 2 Rental, LLC.

10. Documents showing when you first communicated with an attorney to obtain advise as to the formation of Sales 2 Rental, LLC.

11. Documents identifying by (at least) name, home address and telephone numbers the employees/agents of Sales 2 Rental, LLC, for the year 2004 and the date(s) they were employed by Sales 2 Rental, LLC.

12. Documents showing the income earned in the year 2004 by Sales 2 Rental, LLC, from sales to companies whom (a) you serviced while working as an agent for Summit Sales and (b) were located in the geographical area to which you were assigned while serving as an agent for Summit Sales.

13. Documents identifying by name and address the companies/persons Sales 2 Rental, LLC, represented and/or sold goods to on behalf of manufacturers/suppliers for the year 2004.

14. Documents supporting your denials in your Answer to the following paragraphs of the Counterclaim of Summit Sales:

    a. 8;
    b. 9;
    c. 10;
    d. 12;
    e. 15;
    f. 16;

g. 17;

h. 18;

i. 19;

j. 22;

k. 23;

l. 26;

m. 27;

n. 28;

o. 30;

p. 31; and

q. 32.

15. Documents supporting that Summit Sales is not entitled to the relief requested by it in Count I of its Counterclaim.

16. Documents supporting that Summit Sales is not entitled to the relief requested by it in Count II of its Counterclaim.

17. Documents supporting that Summit Sales is not entitled to the relief requested by it in Count III of its Counterclaim.

18. Documents supporting that Summit Sales is not entitled to the relief requested by it in Count IV of its Counterclaim.

19. Documents supporting your Affirmative Defense No. 2 (Doctrine of Waiver) set forth in your Answer.

20. Documents supporting your Affirmative Defense No. 3 (Doctrine of Estoppel)set forth in your Answer.

21. Documents supporting your Affirmative Defense No. 4 (Breach of Contract) set forth in your Answer.

22. Contracts entered into in the year 2004 by Sales 2 Rental, LLC with (a) purchasers of equipment and (b) suppliers/manufacturers of equipment.

23. Written communications by (a) you and/or (b) Sales 2 Rental, LLC, from May 2004 through December 2004 with persons, real or artificial, concerning those persons or their companies doing business with a company you had planned to form and/or did form in the year 2004.

24. Documents identifying the companies that Sales 2 Rental, LLC, did business, i.e., sold equipment to or acted as a sales representative on behalf of, in the year 2004.

25. Documents, including correspondence concerning the plans to and formation of Sales 2 Rental, LLC.

26. Federal and State income tax records of Sales 2 Rental, LLC, for the year 2004.

27. Balance sheet(s) of Sales 2 Rental, LLC, for the year 2004.

28. Income Statement(s) of Sales 2 Rental, LLC, for the year 2004.

29. Contracts by and between Sales 2 Rental, LLC, and its agents/employees entered into in the year 2004 or before the year 2004.

30. Documents supporting that (a) the terms of your employment/agency with and (b)your duties and obligations as an agent for Summit Sales were limited only to those set forth in the letter of June 15, 2002, Exhibit A to your Complaint.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;424426;1