**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS E. NAGLE,** **Plaintiff,** | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| **SUMMIT SALES ASSOCIATES, INC.,** **Defendant.** | : | |

**MOTION OF DEFENDANT**
**TO AMEND PRE-TRIAL ORDER**

Defendant Summit Sales Associates, Inc., ("Summit Sales") respectfully requests that the Honorable Court amend its Pretrial Order to extend for thirty (30) days the deadlines set forth therein. Such extension would provide that discovery would be completed by February 17, 2006, dispositive motions be filed by March 3, 2006, and the filing of the type written memoranda within thirty (30) days after a decision on any dispositive motion and, if no dispositive motion is filed, by March 17, 2006.

The reason for such extension is that Summit Sales has not been able to take the deposition of plaintiff before the discovery closure date (January 17, 2006) and has not received court ordered responses to interrogatories. In further support of its Motion, defendant respectfully refers the Honorable Court to its Memorandum of Law.

Summit Sales Associates, Inc.,
by its attorney,

George E. Lieberman, #3860
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

**CERTIFICATION**

I hereby certify that on the 11th day of January 2006, I emailed and mailed, via U.S. Mail, a true copy of the within Motion to Extend to Timothy J. Robenhymer, Esq., 376 Broadway, Providence, Rhode Island 02909.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;424828;1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS E. NAGLE,** **Plaintiff,** | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| **SUMMIT SALES ASSOCIATES, INC.,** **Defendant.** | : | |

**MEMORANDUM OF LAW OF DEFENDANT IN SUPPORT OF ITS MOTION TO AMEND PRETRIAL ORDER**

## I. INTRODUCTION

By its Motion, defendant Summit Sales Associates, Inc. ("Summit Sales") respectfully asks the Honorable Court to amend its Pretrial Order and grant it a limited extension of time as to pre-trial activities.

## II. TRAVEL AND NATURE OF CASE

### A. Introduction

The pleadings are closed.

Plaintiff avers in his complaint that he entered into a written contract with Summit Sales providing that plaintiff would act as independent sales contractor for Summit Sales in connection with the sale of certain products of manufacturers which were customers of Summit Sales. Plaintiff argues that Summit Sales terminated the contract and that he is owed sales commissions.

### B. Pre-Trial Order

By Order of November 21, 2005, the Court granted the joint motion of the parties as to amending its Pretrial Order and providing closure of discovery by January 17, 2006, dispositive motions by January 31, 2006, and , if no such motion were filed, pre-trial memoranda by February 14, 2006.

By Court Order of December 21, 2005, plaintiff was to respond no later than January 10 to certain interrogatories of Summit Sales. As of the filing of this motion, Summit Sales has not

received those Court ordered answers. (On January 9, 2006, counsel for Summit Sales wrote counsel for plaintiff bringing to his attention the Court Order and not having received the answers.)

Summit Sales seeks an extension so that it may complete necessary discovery in order to be prepared to defend properly against the claim of plaintiff.

## III. DISCUSSION

In order to comply with the Court's Amended Pre-Trial Order, on December 23, 2005, Summit Sales issued a notice of deposition of plaintiff for January 10, 2006. On or about December 31, 2005, an administrative assistant of counsel for plaintiff (Timothy J. Robenhymer, Esq.) called and said January 10 was not good for Mr. Robenhymer and asked that the deposition be rescheduled. No dates were given as not good for Mr. Robenhymer.

Accordingly, on January 4, 2006, Summit Sales issued an amended notice rescheduling plaintiff's deposition for January 12, 2006. On January 9, 2006, that assistant called now saying that January 12 was not good for Mr. Robenhymer and proposed deposition dates on or only after January 17, and only in the afternoon. In response, on January 9, the undersigned wrote to Mr. Robenhymer, reminded him of the discovery deadline of January 17, and suggested January 13 or 16 as deposition dates. As of the filing of this motion, plaintiff's counsel has not replied.

In short, Summit Sales has been prevented from taking plaintiff's deposition before the closure date for discovery and has not received the Court ordered answers to interrogatories. Summit Sales needs this discovery (deposition of plaintiff and answers to interrogatories) to defend properly against plaintiff's claim.

## IV. CONCLUSION

Wherefore, for the above reasons, defendant Summit Sales respectfully requests that the Court grant its motion and order its Pre-Trial Order amended, thereby granting a limited extension of time as to pre-trial activities.

Summit Sales Associates, Inc.,
by its attorney,

George E. Lieberman, #3860
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

## CERTIFICATION

I hereby certify that on the 11th day of January 2006, I emailed and mailed, via U.S. Mail, a true copy of the within Memorandum of Law to Timothy J. Robenhymer, Esq., 376 Broadway, Providence, Rhode Island 02909.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;424828;1