UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **THOMAS E. NAGLE,** **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| | : | |
| **SUMMIT SALES ASSOCIATES, INC.,** **Defendant.** | : | |

**<u>MOTION OF DEFENDANT</u>**
**<u>TO AMEND PRE-TRIAL ORDER</u>**

Defendant Summit Sales Associates, Inc., ("Summit Sales") respectfully requests that the Honorable Court amend its Pretrial Order to extend for thirty (30) days the deadlines set forth therein. Such extension would provide that discovery would be completed by February 17, 2006, dispositive motions be filed by March 3, 2006, and the filing of the type written memoranda within thirty (30) days after a decision on any dispositive motion and, if no dispositive motion is filed, by March 17, 2006.

The reason for such extension is that Summit Sales has not been able to take the deposition of plaintiff before the discovery closure date (January 17, 2006) and has not received court ordered responses to interrogatories. In further support of its Motion, defendant respectfully refers the Honorable Court to its Memorandum of Law.

Summit Sales Associates, Inc.,
by its attorney,

Granted,
Mary M. Lisi
USDJ 1/17/06

George E. Lieberman, #3860
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

**CERTIFICATION**

I hereby certify that on the 11th day of January 2006, I emailed and mailed, via U.S. Mail, a true copy of the within Motion to Extend to Timothy J. Robenhymer, Esq., 376 Broadway, Providence, Rhode Island 02909.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;424828;1