**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS E. NAGLE,** **Plaintiff,** | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| **SUMMIT SALES ASSOCIATES, INC.,** **Defendant.** | : | |

**JOINT MOTION OF PLAINTIFF AND DEFENDANT TO AMEND PRETRIAL ORDER**

Plaintiff and defendant respectfully ask that the Honorable Court extend the date to file dispositive motions from March 3, 2006, until March 13, 2006.

The reason for this brief extension is that the parties, although cooperating as to discovery, were unable to complete depositions principally because of the schedules of the parties and counsel.

Accordingly, both plaintiff and defendant request that the Honorable Court grant their joint motion extending the time to file dispositive motions until March 13.

Thomas E. Nangle,
by his attorney,

Timothy J. Robenhymer, #4419
376 Broadway
Providence, RI 02909
Tel: (401) 521-8400
Fax: (401) 521-8405

Summit Sales Associates, Inc.,
by its attorney,

George E. Lieberman, #3860
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

**CERTIFICATION**

I hereby certify that on the 3rd day of February 2006, I emailed and mailed, via U.S. Mail, a true copy of the within Motion to Extend to Timothy J. Robenhymer, Esq., 376 Broadway, Providence, Rhode Island 02909.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;426054;1