**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS E. NANGLE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No: 05-029ML** |
| | : | |
| **SUMMIT SALES ASSOCIATES,** | : | |
| **INC.,** | : | |
| **Defendant.** | : | |

**OBJECTION OF DEFENDANT/COUNTERCLAIMANT SUMMIT SALES ASSOCIATES, INC. TO NOTICES OF DEPOSITION OF MR. AND MRS. MARTIN**

Plaintiff has noticed the depositions of Mr. and Mrs. Martin for February 14, 2006, 11:00 a.m. and 12:00 p.m. respectively. Attached to the Notice relating to Mr. Martin, is a request to produce documents which is set forth in attached Schedule A, hereto attached as Exhibit A.

By letter of February 9, 2006, Summit Sales responded to the Notices and Schedule A. See Exhibit B hereto. By that letter response and this Objection, Summit Sales objects to the: (a) production of the customer cards (¶2, Schedule A), unless there be an agreed confidentiality agreement; (b) communications to Messrs. Green and Biagi because they are not relevant to the claims and defenses in this case and may contain confidential information (¶4, Schedule A); (c) the production of Bruce Alderman commission reports because they contain personal, confidential information and are not relevant to the claims and defenses in this case (¶7, Schedule A) and:(d) to the extent tax returns of Summit Sales are requested, because they are not relevant to the claims and defenses and contain confidential information.

Further, Summit Sales objects to inquiry at the deposition as to the subject matters referred to in: ¶¶2(as to confidential information ), 4, 7, 8, 9 and 10. As to ¶¶8 and 9, Schedule A, the subject matters of these paragraphs are not relevant to the claims and defenses in this case

and may contain confidential, personal information.

Summit Sales is, through its attorney, attempting to avoid the filing of a motion for a protective order and is awaiting a reply from counsel for plaintiff.

Defendant/Counterclaimant,
Summit Sales Associates, Inc.
By its attorney,

George E. Lieberman (3860)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, RI 02903
Tel: (401) 456-1327
Fax: (401) 456-1210

## CERTIFICATION

I hereby certify that on the 9th day of February 2006, I mailed a true copy of the within Objection to Timothy J. Robenhymer, Esq., 376 Broadway, Providence, Rhode Island 02909.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;426440;1