**Greg Martin Deposition - Schedule A**

1. Any and all documents signed by Thomas Nangle which you claim are part of the contract signed by the parties on May 15, 2002.

2. Any and all customer cards maintained by Billy Martin while he worked for the Defendant.

3. The Defendant's contracts with Mitsui, MMD, Yanmar, NAC, Airman, Allmand, Compac, Toro, Ditch Witch, BE Pressure, Northrock, Miller, BilJax, All American, Cleform, Essex Silverline, Associate Engineering/Rolair, Sullair, Rammer/Allied, NED, Laymor

4. Any and all written communication with any new hires in Thomas Nangles's territory - Dan Green and Paul Biagi

5. Any and all documents signed by Thomas Nangle in relation to customer cards.

6. The Defendant's commission schedules for each of the manufacturer's identified in Request No. 3 for the period May 15, 2002 through June 15, 2004.

7. All commission reports for Bruce Alderman for the Long Island, New York territory from May 12, 2002 through June 15, 2004.

8. All commission reports for Paul Biagi for the lower New York territory for the period May 15, 2002 through June 15, 2004.

9. Paul Biagi's contract with the Defendant for the lower New York territory for the period May 15, 2002 through June 15, 2004.

10. The Defendant's tax returns for 2002, 2003 and 2004 for the Plaintiff's territory.

11. Documents showing the Defendant's gross commission for the years, 2002, 2003 and 2004 in the Plaintiff's sales territory by manufacturer.