**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THOMAS E. NANGLE,** :
**Plaintiff,** :
:
**vs.** : **C.A. No: 05-029ML**
:
**SUMMIT SALES ASSOCIATES, INC.,** :
**Defendant.** :

**AMENDED NOTICE OF DEPOSITION**

George Lieberman, Esq.
Tillinghast Licht LLP
Ten Weybosset Streeet
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

**PLEASE TAKE NOTICE** that the testimony of Defendant, ***KEN PINKHAM***, will be taken by deposition before a notary public or some other officer authorized by law to take deposition, at the law offices of Timothy J. Robenhymer, Esquire, 303 Jefferson Blvd, 2nd Floor, Warwick, Rhode Island on ***MONDAY MARCH 20, 2006 AT 2:00 P.M.***. or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

THOMAS E. NANGLE,
By his Attorney,

Timothy J. Robenhymer, #4419
303 Jefferson Blvd, 2nd Floor
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 - facsimile

***CERTIFICATION***

*I hereby certify that on the 22nd day of February, 2006, a true copy of the within document was mailed, postage prepaid, ~~to the~~ above-listed individuals.*

______________________