**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THOMAS E. NANGLE,** :
**Plaintiff,** :
:
**vs.** : **C.A. No: 05-029ML**
:
**SUMMIT SALES ASSOCIATES, INC.,** :
**Defendant.** :

**AMENDED NOTICE OF DEPOSITION**

George Lieberman, Esq.
Tillinghast Licht LLP
Ten Weybosset Streeet
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

**PLEASE TAKE NOTICE** that the testimony of Defendant, ***GREG MARTIN***, will be taken by deposition before a notary public or some other officer authorized by law to take deposition, at the law offices of Timothy J. Robenhymer, Esquire, 303 Jefferson Blvd, 2nd Floor, Warwick, Rhode Island on ***TUESDAY MARCH 14, 2006 AT 1:00 P.M.***. or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law. Please bring with you the documents identified in the Schedule A attached hereto.

THOMAS E. NANGLE,
By his Attorney,

Timothy J. Robenhymer, #4419
303 Jefferson Blvd, 2nd Floor
Warwick, RI 02888
(401) 921-4800

## ***CERTIFICATION***

*I hereby certify that on the 22nd day of February, 2006, a true copy of the within document was mailed, postage prepaid, to the above-listed individuals.*

**Greg Martin Deposition - Schedule A**

1. Any and all documents signed by Thomas Nangle which you claim are part of the contract signed by the parties on May 15, 2002.

2. Any and all customer cards maintained by Billy Martin while he worked for the Defendant.

3. The Defendant's contracts with Mitsui, MMD, Yanmar, NAC, Airman, Allmand, Compac, Toro, Ditch Witch, BE Pressure, Northrock, Miller, BilJax, All American, Cleform, Essex Silverline, Associate Engineering/Rolair, Sullair, Rammer/Allied, NED, Laymor

4. Any and all written communication with any new hires in Thomas Nangles's territory - Dan Green and Paul Biagi

5. Any and all documents signed by Thomas Nangle in relation to customer cards.

6. The Defendant's commission schedules for each of the manufacturer's identified in Request No. 3 for the period May 15, 2002 through June 15, 2004.

7. All commission reports for Bruce Alderman for the Long Island, New York territory from May 12, 2002 through June 15, 2004.

8. All commission reports for Paul Biagi for the lower New York territory for the period May 15, 2002 through June 15, 2004.

9. Paul Biagi's contract with the Defendant for the lower New York territory for the period May 15, 2002 through June 15, 2004.

10. The Defendant's tax returns for 2002, 2003 and 2004 for the Plaintiff's territory.

11. Documents showing the Defendant's gross commission for the years, 2002, 2003 and 2004 in the Plaintiff's sales territory by manufacturer.