**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THOMAS E. NANGLE,**
**Plaintiff,**

**vs.** **C.A. No: 05-029ML**

**SUMMIT SALES ASSOCIATES, INC.,**
**Defendant.**

**AMENDED NOTICE OF DEPOSITION**

George Lieberman, Esq.
Tillinghast Licht LLP
Ten Weybosset Streeet
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

**PLEASE TAKE NOTICE** that the testimony of Defendant, ***GREG MARTIN***, will be taken by deposition before a notary public or some other officer authorized by law to take deposition, at the law offices of Timothy J. Robenhymer, Esquire, 303 Jefferson Blvd, 2nd Floor, Warwick, Rhode Island on ***TUESDAY APRIL 18, 2006 AT 1:00 P.M.***. or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law. Please bring with you the documents identified in the Schedule A attached hereto.

THOMAS E. NANGLE,
By his Attorney,

Timothy J. Robenhymer, #4419
303 Jefferson Blvd, 2nd Floor
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 - facsimile

## ***CERTIFICATION***

*I hereby certify that on the 21st day of March, 2006, a true copy of the within document was mailed, postage prepaid, to the above-listed individuals.*