RECEIVED
MAR 21 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS E. NAGLE
Plaintiff,

V. CA NO. 05-029ML

SUMMIT SALES ASSOCIATES, INC.
Defendant.

**STIPULATION**

Now come the parties in the above-captioned matter and hereby stipulate that the Plaintiff, Thomas E. Nangle, shall have up to and including April 24, 2006 in which to file an objection and supporting memorandum to Defendant's Motion for Partial Summary Judgment.

Timothy J. Robenhymer, #4419
303 Jefferson Blvd., 2nd Floor
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 - facsimile

George E. Lieberman, #3860
Tillinghast Licht LLP
Ten Weybosset Street
Providence, RI 02903
(401) 456-1327
(401) 456-1210 - fax

**CERTIFICATION**

I hereby certify that a true copy of the document within was forwarded to George E. Lieberman, Esq., Ten Weybosset Street, Providence, RI 02903 on the 21st day of March, 2006.

Enter: Mary M. Lisi
USDJ 3/22/06