UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS E. NANGLE
Plaintiff,

v. CA NO. 05-029ML

SUMMIT SALES ASSOCIATES, INC.
Defendant.

**STIPULATION**

Now come the parties in the above-captioned matter and hereby stipulate that the Plaintiff, Thomas E. Nangle, shall have up to and including May 30, 2006 in which to file an objection and supporting memorandum in opposition to Defendant's Motion for Partial Summary Judgment. The parties state that the Plaintiff's counsel was unable to conduct the depositions of two officers and one employee of the Defendant due to an administrative miscommunication. The parties are now re-scheduling these depositions, however, additional time is needed to respond to the Defendant's motion for summary judgment.

Timothy J. Robenhymer, #4419
303 Jefferson Blvd., 2nd Floor
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 - facsimile

George E. Lieberman, #3860
Tillinghast Licht LLP
Ten Weybosset Street
Providence, RI 02903
(401) 456-1327
(401) 456-1210 - fax

Enter:
Mary M. Lisi
USDJ 4/20/06

**CERTIFICATION**

I hereby certify that a true copy of the document within was forwarded to George E. Lieberman, Esq., Ten Weybosset Street, Providence, RI 02903 on the 19th day of April, 2006.