UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS E. NANGLE
Plaintiff,

V. CA NO. 05-029ML

SUMMIT SALES ASSOCIATES, INC.
Defendant.

## SECOND ENTRY OF APPEARANCE[1]

To the Clerk: Kindly enter my appearance of behalf of defendant Summit Sales Associates, Inc.

George E. Lieberman (3860)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
glieberman@vetterandwhite.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2006, I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Second Entry of Appearance to:

Timothy J. Robenhymer, Esq.
303 Jefferson Blvd.
Warwick, RI 02888

[1] PLEASE TAKE NOTE OF NEW FIRM AFFILIATION.