UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS E. NANGLE,<br>Plaintiff, | : | |
| vs. | : | C.A. No: 05-029ML |
| SUMMIT SALES ASSOCIATES, INC.,<br>Defendant. | : | |

## AMENDED 4TH NOTICE OF DEPOSITION

Glenn Friedemann, Esq.
Tillinghast Licht LLP
Ten Weybosset Streeet
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

**PLEASE TAKE NOTICE** that the testimony of Defendant, ***MARY LOU MARTIN***, will be taken by deposition before a notary public or some other officer authorized by law to take deposition, at the law offices of Timothy J. Robenhymer, Esquire, 303 Jefferson Blvd, 2nd Floor, Warwick, Rhode Island on ***MONDAY JUNE 26, 2006 AT 1:00 P.M.***. or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

THOMAS E. NANGLE,
By his Attorney,

Timothy J. Robenhymer, #4419
303 Jefferson Blvd, 2nd Floor
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 - facsimile

***CERTIFICATION***

*I hereby certify that on the 25th day of ~~March~~ May, 2006, a true copy of the within document was mailed, postage prepaid, to the above-listed individuals.*