UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

District of Rhode Island
Property of U.S. District Court
MAY 26 2006
RECEIVED

THOMAS E. NANGLE
Plaintiff,

V. CA NO. 05-029ML

SUMMIT SALES ASSOCIATES, INC.
Defendant.

## STIPULATION

Now come the parties in the above-captioned matter and hereby stipulate that the Plaintiff, Thomas E. Nangle, shall have up to and including July 26, 2006 in which to file an objection and supporting memorandum in opposition to Defendant's Motion for Partial Summary Judgment. The Plaintiff's counsel has been unable to conduct the necessary depositions due to a change in the office of Defendant's counsel. The Defendant's are now being represented by George Lieberman, Esq., of Vetter & White and the depositions are being scheduled. In light of this fact, additional time is needed to respond to the Defendant's motion for summary judgment.

Timothy J. Robenhymer, #4419
303 Jefferson Blvd., 2nd Floor
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 - facsimile

George E. Lieberman, #3860
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 - fax

Enter: Mary M. Lisi USDJ 5/30/06

## CERTIFICATION

I hereby certify that a true copy of the document within was forwarded to George E. Lieberman, Esq., 20 Washington Place, Providence, RI 02903 on the 26th day of May, 2006.