UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
SEP 14 2006
Property of U.S. District Court
District of Rhode Island

THOMAS E. NANGLE
Plaintiff,

V. CA NO. 05-029ML

SUMMIT SALES ASSOCIATES, INC.
Defendant.

**STIPULATION OF DISMISSAL**

Now come the parties in the above-captioned matter and hereby stipulate that the Plaintiff's Complaint and Defendant' Counterclaim shall be dismissed with prejudice. This Stipulation of Dismissal is being filed pursuant to Rule 41(a)(1)(ii) of the Rules of Civil Procedure.

Timothy J. Robenhymer, #4419
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 - facsimile

George E. Lieberman, #3860
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 - fax

Enter:
Mary M. Lisi
USDJ 9/15/06